USDC IN/ND case 3:21-cv-00915-JD-MGG   document 1   filed 12/02/21   page 1 of 5
Pro Se 14 (INND Rev. 2/20)

SCANNED at MCF and Emailed on
12/2/21
(date)  (initials) page (num)

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

__Korey Duante Bryant__,
[You are the PLAINTIFF, print your full name on this line.]

v.

Sgt. Grayson, Miami Correctional Facility, ofc. Alcala, Warden Hyatt, LT. Bails

[The DEFENDANT is who you are suing. Put ONE name on This line. List ALL defendants below, including this one.]

Case Number __3:21-cv-915__

[For a new case in this court, leave blank. the court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Miami Correctional Facility | 3038 West 850 South Bunker Hill Indiana 46914 |
| 2 | [Put the names of any other defendants in these boxes.] Sgt. Grayson, ofc. Alcala | 3038 West 850 South Bunker Hill, Indiana 46914 |
| 3 | LT Bails, Warden Hyatt | 3038 West 850 South Bunker Hill, Indiana 46914 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __5__
2. What is the name and address of your prison or jail? __Miami Correctional Facility, 3038 West 850 South Bunker Hill, Indiana 46914__
3. Did the event you are suing about happen there? ☑ Yes.  ○ No, it happened at: _____
4. On what date did this event occur? __August 19th 2021__

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. *[The first paragraph has been numbered for you.]*

1. On August 19th at 4:10 a.m., under Sgt. Grayson's supervision Ofc. Alcala did not tend to a caught on fire washer and dryer. The dayroom also my cell, which is next to the laundry room was filled with smoke and I was not evacuated for 2 hours. I was not evacuated until 6:20 a.m. by Miami's Correctional Facility's "Quick Response Team."

2. They violated my rights by leaving me in smoke for well over 2 hours. I could not breath and eventually passed out. Sgt. Grayson nor Ofc. Alcala had even attempted to evacuate us/myself out of the smoke. There was so much smoke and it was so thick that you could not see across the dayroom at all! I've put specific dates and times to support my claims. The camera will show everything.

3. This was an unsafe event which occured at Miami Correctional Facility under the supervision of Warden Hyatt supervising LT Pauls whom was supervising Sgt. Grayson whom was in charge of Ofc. Alcala. This event happened while pending transfer. Attached, labeled Review1 is my information to prove I was put in for a transfer and also it will prove that the box checked "additional observation needed", and other safety precautions were not fulfilled on the day of August 19th, 2021.

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

## Claims and Facts (continued)

4. Per document 2, Sgt. Grayson stated he had been out of the house most of the night, that is untrue. In the officers response's in document 2 they contradict eachother. Also OFC. Alcala avoid's the question at hand. As I've stated, smoke started to fill the dayroom at 4:10 a.m. OFC Alcala's response was, "There was no smoke in the dayroom at 3:40 a.m." Sgt Grayson says at roughly 5:05 a.m. he called in the fire. That is also untrue. Sgt. Grayson was sitting in the Officer's Pod the whole 2 hours.

5. Per document 2 as relief sought I asked to be evaluated for my trouble breathing, recent headachs and also that the camera's be reviewed for credibility and an instant transfer due to a constant unsafe environment. The only things that were addressed was relief they could not do. The camera's were never checked and as you could see in document 2, the officers word was taken. There is no integrity in this grievance system.

6. Per document 2 it stated that I had not submitted an Health Care Form for my trouble breathing, that is also false. It says I had been seen by nurseing on 8-19-21 which means that I complained about my trouble breathing. I've put in at least 3 health care forms since than and have been asking for copies of my HCF's for the past 6 months but I dont get a response.

7. As stated in document 2, "Unfortunatly accidents happen." "Sgt Grayson did not intentionally set the fire." Of course accidents happen but this was negligence. If Sgt. Grayson had done his routinly walk or even OFC. Alcala and tended to the clothes in the machines. The clothes would have not caught fire therefor setting the machines on fire. And no Sgt Grayson did not set the fire, OFC Alcala's negligence did, both officer's sat in the bubble while we killed our days to dirt staff. Sgt. Grayson and OFC Alcala did not

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

even attempt to move nor answer anyone's intercom until the smoke was clouding the dayroom.

8. Camera Footage will show all my statements to be true. That's all I ever asked for in establishing credibility. Surely anyone could see in document 2's officer responses that there is alot of discrepensies aka Sgt Grayson and OFC Alcala down plus the situation to the fullest. These "State of the Art" cameras could detect the smallest incidents but not be reviewed when the dayroom was full of smoke. The whole situation is negligence at best.

9. I have trouble sleeping and breathing because of it. I fear that if I wasn't woke during the incident I would have died in my sleep. It was a very traumatic event. This Prison is Unsafe!

5. When did this event happen?
   ◯ Before I was confined.
   ◯ While I was confined awaiting trial.
   ☑ After I was convicted while confined serving the sentence.
   ◯ Other: _____

6. Have you ever sued anyone for this exact same event?
   ☑ No.
   ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?  ◯ No, this event is not greivable at this prison or jail.
   ☑ Yes, I filed a grievance and attached is a copy of the response from the final step.
   ◯ Yes, this event was greivable, but I did not file a grievance because _____



8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

   An instant transfer
   Punitive damages
   Monetary damages
   A settlement


[*Initial Each Statement*]

   _KB_ I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
   _KB_ I will keep a copy of this complaint for my records.
   _KB_ I will promptly notify the court of any change of address.
   _KB_ I WILL NOT send more than one copy of any filing to the court.
   _KB_ I WILL NOT send summons, USM-285, or waiver forms to the clerk.
   _KB_ I declare **under penalty of perjury** that the statements in this complaint are true.

I placed this complaint in the prison mail system on __11__ / __30__ / 20 __21__ at __9__ am/pm.
[*Do not fill in this date and time until you give the complaint to prison officials to send to the court.*]

_Korey Bryant_                                              _266243_
Signature                                                   Prisoner Number

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]