UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| KOREY D. BRYANT, </br></br> Plaintiff, </br></br> v. </br></br> MIAMI CORRECTIONAL FACILITY, et al., </br></br> Defendants. | CAUSE NO. 3:21-CV-915-JD-MGG |

## ORDER

Korey D. Bryant, a prisoner without a lawyer, was granted leave to proceed *in forma pauperis* and ordered to pay an initial partial filing fee of $6.66. He paid $1.50 on January 11, 2022. ECF 5. On February 28, 2022, he was ordered to show cause why he had not paid the remainder of the initial partial filing fee and to file a copy of his inmate trust fund ledger from December 16, 2021, to present. He was cautioned that, if he did not respond to this order by March 28, 2022, this case could be dismissed without further notice. That order was returned undeliverable because he had been transferred to Pendleton Correctional Facility. ECF 7. The court sent the show cause order to his new address, but Bryant has not responded to the order. He has not paid the remainder of the initial partial filing fee due, he has not submitted a copy of his trust fund ledger, and he has not offered any explanation for his failure to do so. It appears that Bryant has abandoned this case.

For these reasons, this case is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED on April 11, 2022

/s/ JON E. DEGUILIO
CHIEF JUDGE
UNITED STATES DISTRICT COURT