# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

KOREY D BRYANT
also known as
KOREY DEVANTE BRYANT
    Plaintiff

  v.                       Civil Action No. 3:21-cv-915

MIAMI CORRECTIONAL FACILITY

GRAYSON, Sgt.

ALCALA, Ofc.

BAILS, L.T.

HYATT, Warden
    Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff_____ recover from the defendant_____ the amount of_____ dollars $_____, which includes prejudgment interest at the rate of_____% plus post-Judgment interest at the rate of_____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____ recover costs from the plaintiff_____.

☒ Other: This case is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b)

This action was (*check one*):

☐ tried to a jury with Judge_____ presiding, and the jury has rendered a verdict.

☐ tried by Judge_____ without a jury and the above decision was reached.

☒ decided by Chief Judge Jon E Deguilio

DATE: 4/12/2022          GARY T. BELL, CLERK OF COURT

                  by   s/ S.Jarrell_____
                  *Signature of Clerk or Deputy Clerk*